IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRISCILLA ANN FLOTTMAN )
) No. 3-09-0770
v. )
)
HICKMAN COUNTY, TENNESSEE; )
THE CITY OF CENTERVILLE, )
TENNESSEE; and KENNY SMITH )

O R D E R

On June 3, 2010, defendant City of Centerville filed a motion to dismiss (Docket Entry No. 44).[1]

In accord with the order entered May 27, 2010 (Docket Entry No. 42), the plaintiff shall have until June 23, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 7, 2010, if the response is filed on June 23, 2010.

There shall be no further filings in support of or in opposition to the pending motion to dismiss except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the motion of defendant City of Centerville to dismiss and accompanying memorandum (Docket Entry Nos. 44-45), the plaintiff's response to be filed by June 23, 2010, and the reply to be filed, if necessary, no later than July 7, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The deadline for filing all dispositive motions is July 8, 2010, as provided in the order entered May 27, 2010 (Docket Entry No. 42).